No. 19-2460

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

DESHEILA C. HOWLETT

Plaintiff-Howlett,

v.

CITY OF WARREN, LT. LAWRENCE GARNER,
SHAWN JOHNSON and ANWAR KHAN,

Defendants-Appellants.

Appeal from the United States District Court
Eastern District of Michigan, Southern Division
Honorable Terrence G. Berg

**AFFIDAVIT OF LEONARD MUNGO**

STATE OF MICHIGAN   )
                        )ss
COUNTY OF OAKLAND)

    I, Leonard Mungo, hereby being duly sworn, depose and state as follows:

    1.     I am the Managing Member of the law firm of Mungo & Mungo at Law,

PLLC ("Mungo & Mungo"). I represent Plaintiff-Appellee, DeSheila C. Howlett

("Plaintiff") in this litigation.

2.     Attached to this affidavit are descriptions of our billing records, summarizing the legal services provided by Mungo & Mungo to Plaintiff in this litigation since the Notice of Appeal was filed on December 18, 2019.

3.     Each lawyer and para-professional at Mungo & Mungo keeps his or her time records for this matter contemporaneously with the services it provides. The invoices themselves are subject to attorney-client privilege, but we will supply them to the Court for an *in-camera* review if the Court wishes to see the actual invoices.

4.     I make this Affidavit based upon my personal knowledge, and from my personal knowledge obtained from my review of Mungo & Mungo's business records, and from my personal knowledge of how these records are kept and maintained. I am competent to testify regarding these facts if called upon to do so.

5.     Plaintiff filed her Complaint against Defendants-Appellants the City of Warren, Lawrence Garner, Shawn Johnson and Anwar Khan ("Defendants") on or about April 21, 2017, in the U.S. District Court for the Eastern District of Michigan. Doc #2, Page ID.10.

6.     On September 16, 2019, the District Court issued an Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, Denying Plaintiff's Motion for Partial Summary Judgment and Dismissing Certain Individual Defendants. ECF No. 98.

7.     On December 16, 2019, the District Court issued an order denying Defendant's Motion for Reconsideration. ECF 102.

8.     Defendants filed a Notice of Appeal on December 18, 2019. On December 19, 2019, Defendants filed a Motion to Stay Proceedings During Interlocutory Immunity Appeal. ECF No. 112.

9.     From the period of December 18, 2019 through the April 7, 2021, fees were incurred in the amount of $45,000.00 for handling this interlocutory appeal by Mungo & Mungo.

10.     I graduated from the Detroit College of Law in 1989. I formerly served as a General Counsel to the Michigan State Conference of NAACP Branches and a member of Advocates and Leaders for Police and Community Trust. My practice has included more than 30 years of litigation experience, including but not limited to the prosecution of employment and civil rights matters, class action lawsuits and lawsuits in state and federal courts in Illinois, Texas, Louisiana, Arkansas and Maryland.

11.     I am general counsel for the National Black State Troopers Coalition, and I serve as a plaintiff's case evaluator for the employment panel of the Mediation Tribunal Association. I also serve on the executive board of the Michigan Association for Justice and as Chair of the Minority Caucus for the Michigan Association for Justice.

12. During the time period in question, Mungo & Mungo has provided legal services to Plaintiff at the rate of $300.00 per hour for this appeal only. This is a "blended rate," the same rate for each lawyer, in order to allow the client predictability for legal services. The fees for legal services provided for the case-in-chief is contingency-based and not hourly. The contingency fee agreement did not provide for handling this appeal. Blended rates allow a client to pay for Member hours at lower-than-usual rates and for Associate hours at higher-than-usual rates, blending into a number that typically affords a discounted cost for the legal project as a whole, particularly where the complexity of the work requires a significant contribution of Partner/Member time.

13. I have carefully reviewed Mungo & Mungo's billing records regarding services rendered in this case from December 18, 2019, through April 7, 2021. All of the billing information contained in and attached to this Affidavit is correct and represents fees for services necessarily incurred. Each item claimed is reasonable and all services for which fees were charged were actually performed.

14. The attorney's fees for legal services provided by Mungo & Mungo in this lawsuit are listed in Attachment A to this Affidavit.

15. The hourly rate charged by Mungo & Mungo for this litigation is the rate customarily charged by Mungo and Mungo for legal services.

16.    The hourly rate of $300.00 charged for the legal services is lower than the mean rate charged by firms in the Southfield area for attorneys of similar experience levels involved in federal litigation relating to civil rights matters.

17.    According to the State Bar of Michigan's "2020 Economics of Law Practice Attorney Income and Billing Rate Summary Report" (attached hereto as exhibit B), in the year 2020, lawyers practicing in the Southfield area (our office is located in Bingham Farms) billed at rates ranging from $265 to $615 an hour, with $400 an hour being the 75th percentile, and $350 being the mean hourly rate, averaging the rates of "partners" and associates within large law firms, solo practitioners, and all law firm structures in between, all located in the Southfield area.  In 2020, civil rights lawyers in Michigan billed at rates ranging from $225 to $550 per hour, with $400 being the 75th percentile rate and $332 being the mean. These figures include within Oakland County, lawyers practicing where Mungo & Mungo is located, billed from $233 to $567 an hour, with $375 being the 75th percentile and $321 being the mean.   In 2020, attorneys with more than 30 or more years of practice, over the entire state of Michigan, billed from $225 to $565 per hour; in 2020, the mean was $310 per hour.

18.    I declare under penalty of perjury under the laws of the United States

of America that the foregoing is true and correct.

Leonard Mungo

Subscribed and sworn to before me
on this 7th day of April 2021

Notary Public
My Commission expires on: 10/29/26

SHERRI HANTZ
Notary Public - State of Michigan
County of Macomb
My Commission Expires Oct 29, 2026
Acting in the County of Oakland

6

# EXHIBIT A

**FEES BILLED FOR SERVICES PROVIDED
BY LEONARD MUNGO, BY ASPECT OF CASE**

**(Time Records with Date and Full Description,
Subject to Attorney-Client Privilege, Are Available for _In Camera_ Review)**
_DeSheila C. Howlett v. City of Warren, et al_; Case No. 17-11260

| Aspect of Case | Hrs. | Time Period | Description |
|---|---|---|---|
| Post-Decision and Commencement of Appeal | 22 | December 20, 2019 – December 30, 2019 | Receipt and review of notice of appeal; review of orders denying Defendants' Motion for Summary Judgment and Motion for Reconsideration; review of order denying motion for reconsideration; receipt and review of Defendants' Motion for Stay Pending Interlocutory Appeal; research regarding jurisdiction; research and preparation of response to motion for stay pending appeal; receipt and review of reply to response to motion to stay proceedings pending appeal. |
| Appellate Phase | 63 | January 2, 2020 – January 31, 2020 | Receipt and review of electronic notifications of civil appeal statement of parties, corporate disclosure statement and briefing letter; preparation of corporate disclosure statement and appearance. Research and preparation of motion to dismiss appeal for lack of jurisdiction; receipt and review of correspondence regarding mediation; receipt and review of response to motion to dismissal appeal, preparation of reply in response to motion to dismiss appeal. |
| Appellate Briefing and Decision Phase | 65 | February 1, 2020 – April 7, 2021 | Receipt and review of notices and briefing schedule from the Sixth Circuit Court of Appeals, review of order referring case to merits panel; research and review of preparation of brief; receipt and review of reply brief; receipt and review of order issued by the Sixth Circuit Court of Appeals; preparation of affidavit of costs and attorney's fees. |

| Aspect of Case | Hrs. | Time Period | Description |
| --- | --- | --- | --- |
| **TOTAL** | **150** | | **150 hrs. x $300 = $45,000.00 plus disbursements.** |

# EXHIBIT B

STATE BAR OF MICHIGAN

# 2020 Economics of Law Practice

## Attorney Income and Billing Rate Summary Report



# Contents

# Economics of Law Practice in Michigan
## 2020 Attorney Income and Billing Rate Summary Report

Methods and Measures.................................................................................................................. 1

**I 2019 Attorney Income**............................................................................................................. 3

Table 1–2019 Reported Attorney Gross Income—Private Practitioners ................................. 3

Table 2–2019 Reported Attorney Gross Income—Non-Private Practitioners ......................... 3

**II Attorney Hourly Billing Rates**.................................................................................................. 4

Table 3–2020 Attorney Hourly Billing Rates by Practice Classification................................. 4

Table 4–2020 Reported Attorney Hourly Billing Rates by Years in Practice—Private Practitioners ...... 4

Table 5–2020 Reported Attorney Hourly Billing Rates by Firm Size in a Single Location
—Private Practitioners................................................................................................................. 5

Table 6–2020 Reported Attorney Hourly Billing Rates by Office Location—Private Practitioners ........ 5

Table 7–2020 Hourly Billing Rates by Field of Practice ....................................................... 6

Table 8–2020 Attorney Hourly Billing Rate by County .......................................................... 7

Table 9–2020 Attorney Hourly Billing Rates by Circuit.......................................................... 10

# 2020 Economics of Law Practice in Michigan

### 2020 Attorney Income and Billing Rate Summary Report

The survey was conducted in 2020 and requested 2019 income and 2020 billing rate information

The State Bar of Michigan Economics of Law Practice Survey provides Michigan attorneys with a resource that allows access to the most current law practice economic information available. The survey results are provided as a service to members of the State Bar of Michigan.

The survey has two primary objectives:

- To provide timely, relevant, and accurate information to inform and guide the practical management decisions of Michigan attorneys
- To track and illustrate changes and trends within the legal profession

The survey monitors and reports on several points of information useful to attorneys:

- Attorney income
- Prevailing average hourly billing rates by several indicators including fields of practice, judicial circuit, and geographic location
- Time allocated to billable and non-billable professional activities
- Management practices
- Perceptions regarding current and future economic circumstances related to the practice of law

The key finding report contains information pertaining to attorney income and billing rates. It is produced as an early and separate report to provide attorneys with this target information as quickly as possible, as it is the most requested information from all attorneys. All other information will be contained in the full 2020 Economics of Law Practice Summary Report that will follow.

## Methods and Measures

The 2020 Economics of Law Practice Survey was conducted in 2020. In 2020 45.9 percent of active members were private practitioners and 54.1 percent were non-private practitioners. Based on the proportions of both groups of active members an electronic survey was emailed to approximately 18,888 private practitioners and 22,241 non-private practice members of the State Bar of Michigan, inviting their participation. 2,983 completed questionnaires were returned by private practitioners (a 15.8 percent response rate) and 1,337 completed questionnaires were returned by non-private practitioners (a 6.0 percent response rate). Questionnaires were tabulated by Dr. James McComb, an independent consultant statistician. **The economic data provides measures of central tendency and spread.**

To help interpret the information presented in the surveys the following is a brief description of statistical terms of measures of central tendency (median and mean) and measures of dispersion (spread).

**Mean**—The mean (also called the average) is calculated by adding the values of all responses then dividing by the number of responses. Example: Three responses (30, 1, 2) are reported. The average or mean is calculated by adding 30+1+2=33 and then by dividing by 3 = 11.

**Median**—The median is the middle value in a series or distribution of values (50th percentile, which is initially rank-ordered from low to high or vice versa). By definition half of the numbers are greater, and half are less than the median. Example: Three responses (30, 1, 2) are reported. The median is the middle number of the order of distribution (1, 2, 30), or 2. By comparison, the average of this distribution as shown above is 11. Use of the median as a statistical metric of central tendency reduces the effects of 'outliers'

(extremely high or low values, such as the data point of 30 in the previous example) while the average does not. Median values are utilized throughout the survey results to denote the measure of central tendency.

**Percentiles**—In addition to the median, four other percentile values are used in the survey results to reveal the spread of a particular data distribution. The percentiles include:

- 25th percentile—Also referred to as the "lower quartile." One-fourth of the values are less, and three-fourths are more than this value.
- Median or 50th percentile—Half of the values are less, and half are more than the "median" value.
- 75th percentile—Also referred to as the "upper quartile." Three-fourths of the values are less, and one-fourth are more than this value.
- 95th percentile—Ninety five percent of the values are less, and five percent of the values are more than this value.

**Note of clarification:** Extreme values were excluded due to their unrepresentative qualities. Forty-seven cases where private practitioners reported gross income over $2,000,000 and two cases in non-private practitioners were not included in the salary distributions because they were not typical of the population and skewed the distributions.

**Contents**     ◀ **Back**     **Next** ▶

# I 2019 Attorney Income

## Table 1—2019 Reported Attorney Gross Income—Private Practitioners

|  | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Sole Practitioner, office outside of home | 592 | 75,000 | 144,500 | 192,098 | 250,000 | 512,000 |
| Sole Practitioner, working out of home office | 301 | 20,000 | 50,000 | 86,582 | 105,000 | 283,000 |
| Sole Practitioner, sharing space | 122 | 63,000 | 125,500 | 152,910 | 200,000 | 400,000 |
| Managing Partner | 195 | 200,000 | 300,000 | 438,053 | 540,000 | 1,300,000 |
| Equity Partner/Shareholder | 544 | 180,000 | 280,000 | 365,089 | 440,000 | 1,000,000 |
| Non-Equity Partner | 165 | 140,000 | 195,000 | 228,774 | 275,000 | 500,000 |
| Of Counsel | 63 | 65,000 | 125,000 | 138,993 | 175,000 | 340,000 |
| Senior Associate | 137 | 99,000 | 120,000 | 148,464 | 158,000 | 350,000 |
| Associate | 314 | 65,000 | 92,000 | 121,138 | 125,000 | 287,742 |
| Arbitrator/Mediator | 12 | 13,340 | 107,500 | 140,682 | 254,000 | 393,000 |
| Assigned Counsel | 2 | 163,000 | 169,000 | 169,000 | 175,000 | 175,000 |
| Other | 74 | 67,000 | 120,000 | 189,983 | 225,000 | 560,000 |
| **Total** | **2,521** | **80,000** | **150,000** | **223,496** | **285,000** | **670,000** |

## Table 2—2019 Reported Attorney Gross Income—Non-Private Practitioners

|  | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Academia | 56 | 64,750 | 78,000 | 95,277 | 107,000 | 215,000 |
| Federal Government | 74 | 95,000 | 135,750 | 130,025 | 162,000 | 181,400 |
| Governmental Relations | 5 | 118,549 | 140,000 | 304,710 | 200,000 | 1,000,000 |
| In-House Counsel | 289 | 110,000 | 150,000 | 163,886 | 200,000 | 325,000 |
| Judge | 68 | 145,000 | 150,000 | 148,936 | 153,000 | 190,000 |
| Law School | 11 | 50,000 | 60,000 | 83,273 | 120,000 | 160,000 |
| Legal Service Agency | 101 | 54,000 | 63,000 | 69,882 | 78,000 | 105,000 |
| Local Government | 187 | 64,804 | 84,000 | 86,543 | 107,000 | 133,000 |
| Military | 4 | 106,000 | 125,000 | 119,004 | 132,008 | 134,015 |
| Non-Law Related | 33 | 61,000 | 84,000 | 120,352 | 120,000 | 400,000 |
| Non-Profit Org | 58 | 60,000 | 74,500 | 82,209 | 90,000 | 174,000 |
| Other Judiciary | 77 | 75,000 | 91,000 | 90,063 | 104,000 | 140,000 |
| Retired | 22 | 16,000 | 85,000 | 133,935 | 140,000 | 612,000 |
| State Government | 163 | 75,000 | 100,000 | 103,338 | 121,222 | 150,000 |
| **Total** | **1,148** | **71,002** | **100,000** | **116,786** | **148,000** | **226,000** |

# II Attorney Hourly Billing Rates

### Table 3—2020 Attorney Hourly Billing Rates by Practice Classification

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Sole Practitioner, office outside of home | 630 | 200 | 250 | 268 | 300 | 433 |
| Sole Practitioner, working out of home office | 345 | 150 | 225 | 227 | 300 | 400 |
| Sole Practitioner, sharing space | 128 | 225 | 250 | 265 | 300 | 400 |
| Managing Partner | 236 | 250 | 300 | 327 | 398 | 560 |
| Equity Partner/Shareholder | 605 | 250 | 330 | 349 | 425 | 620 |
| Non-Equity Partner | 183 | 275 | 350 | 358 | 435 | 568 |
| Of Counsel | 70 | 265 | 350 | 341 | 412 | 600 |
| Senior Associate | 157 | 200 | 253 | 248 | 300 | 450 |
| Associate | 360 | 190 | 250 | 250 | 300 | 388 |
| Arbitrator/Mediator | 12 | 188 | 250 | 267 | 350 | 600 |
| Assigned Counsel | 2 | 150 | 163 | 163 | 175 | 175 |
| Other | 111 | -1 | 175 | 179 | 315 | 465 |
| **Total** | **2,839** | **200** | **267** | **286** | **350** | **546** |

### Table 4—2020 Reported Attorney Hourly Billing Rates by Years in Practice—Private Practitioners

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| <1 | 4 | 195 | 238 | 252 | 309 | 368 |
| 1 to 2 | 75 | 190 | 217 | 233 | 265 | 350 |
| 3 to 5 | 145 | 195 | 242 | 242 | 275 | 365 |
| 6 to 10 | 325 | 200 | 250 | 285 | 310 | 413 |
| 11 to 15 | 333 | 225 | 280 | 297 | 350 | 475 |
| 16 to 25 | 554 | 230 | 300 | 315 | 367 | 546 |
| 26 to 30 | 285 | 245 | 297 | 337 | 400 | 620 |
| 31 to 35 | 266 | 225 | 300 | 310 | 365 | 565 |
| >35 | 779 | 225 | 295 | 317 | 367 | 600 |
| **Total** | **2,766** | **225** | **275** | **305** | **350** | **550** |

Table 5–2020 Reported Attorney Hourly Billing Rates by Firm Size in a Single Location–Private Practitioners

|  | Number | Percent |
|---|---|---|
| 1 | 1,097 | 38.0 |
| 2 | 297 | 10.3 |
| 3 | 199 | 6.9 |
| 4 to 6 | 329 | 11.4 |
| 7 to 10 | 226 | 7.8 |
| 11 to 20 | 205 | 7.1 |
| 21 to 50 | 257 | 8.9 |
| > 50 | 277 | 9.6 |
| **Total** | **2,887** | **100.0** |

Table 6–2020 Reported Attorney Hourly Billing Rates by Office Location—Private Practitioners

|  | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Ann Arbor area | 143 | 260 | 300 | 362 | 400 | 785 |
| Battle Creek area | 13 | 250 | 280 | 275 | 300 | 318 |
| Bay City/Midland/Saginaw area | 50 | 200 | 243 | 237 | 250 | 383 |
| Detroit, not downtown | 72 | 200 | 250 | 267 | 325 | 435 |
| Downtown Detroit & New Center area | 172 | 218 | 308 | 343 | 445 | 630 |
| Flint area | 76 | 200 | 250 | 267 | 288 | 500 |
| Grand Rapids area | 331 | 245 | 300 | 312 | 375 | 545 |
| Jackson area | 30 | 200 | 232 | 249 | 300 | 400 |
| Kalamazoo area | 73 | 225 | 263 | 284 | 330 | 465 |
| Lansing area | 141 | 217 | 265 | 284 | 345 | 450 |
| Livingston County | 35 | 225 | 250 | 401 | 275 | 300 |
| Mid-Michigan area (not Lansing) | 30 | 180 | 238 | 245 | 300 | 350 |
| Mount Clemens area | 62 | 205 | 275 | 293 | 317 | 450 |
| Muskegon area | 38 | 175 | 228 | 261 | 292 | 533 |
| Northern Michigan, Lower Peninsula | 57 | 185 | 225 | 215 | 250 | 317 |
| Oakland County (north of M-59) | 78 | 225 | 283 | 299 | 350 | 550 |
| Oakland County (south of M-59) | 730 | 245 | 300 | 320 | 375 | 575 |
| Other metro areas | 14 | 200 | 229 | 250 | 263 | 500 |
| Out of state | 135 | 250 | 335 | 352 | 400 | 650 |
| Out state, Lower Peninsula | 19 | 200 | 215 | 226 | 275 | 350 |
| Remainder Macomb County | 57 | 233 | 275 | 297 | 325 | 450 |
| Remainder Wayne County | 97 | 215 | 250 | 291 | 298 | 400 |
| Southfield | 98 | 265 | 339 | 350 | 400 | 615 |
| Traverse City area | 60 | 218 | 250 | 255 | 293 | 360 |
| Upper Peninsula | 38 | 190 | 225 | 231 | 250 | 383 |
| Southeastern Michigan | 55 | 200 | 250 | 245 | 300 | 350 |
| Western Michigan | 63 | 200 | 250 | 272 | 300 | 465 |
| **Total** | **2,767** | **225** | **275** | **305** | **350** | **550** |

## Table 7–2020 Hourly Billing Rates by Field of Practice

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Administrative Law | 74 | 250 | 296 | 306 | 375 | 500 |
| Appellate Law | 119 | 200 | 300 | 307 | 400 | 545 |
| Arbitration/Mediation | 84 | 250 | 305 | 331 | 398 | 590 |
| Auto (not lemon) Law | 34 | 300 | 425 | 419 | 500 | 750 |
| Auto No Fault | 139 | 170 | 250 | 315 | 450 | 750 |
| Bankruptcy, Creditor | 56 | 250 | 298 | 304 | 350 | 465 |
| Bankruptcy, Debtor | 104 | 218 | 250 | 278 | 300 | 400 |
| Business/Commercial Litigation | 383 | 265 | 310 | 341 | 395 | 565 |
| Civil Litigation | 445 | 225 | 300 | 324 | 375 | 600 |
| Civil Rights | 83 | 225 | 305 | 332 | 400 | 550 |
| Collections, Creditor | 68 | 200 | 250 | 250 | 283 | 350 |
| Collections, Debtor | 17 | 100 | 250 | 226 | 325 | 400 |
| Condemnation Law | 7 | 260 | 350 | 366 | 500 | 500 |
| Construction Law | 80 | 250 | 300 | 307 | 375 | 435 |
| Consumer Law (including lemon law) | 29 | 220 | 300 | 336 | 425 | 600 |
| Contracts | 172 | 240 | 298 | 302 | 355 | 500 |
| Corporate and Business | 435 | 250 | 300 | 327 | 375 | 600 |
| Criminal (Misdemeanor) | 221 | 185 | 250 | 238 | 275 | 400 |
| Criminal (Felony) | 199 | 200 | 250 | 264 | 300 | 450 |
| Drivers License Revocation Restoration | 23 | 200 | 250 | 350 | 350 | 450 |
| Elder Law | 92 | 238 | 250 | 268 | 300 | 400 |
| Election Law | 9 | 225 | 250 | 298 | 300 | 635 |
| Employment Law (plaintiff) | 76 | 281 | 350 | 345 | 400 | 525 |
| Employment Law (defense) | 106 | 250 | 310 | 318 | 365 | 500 |
| Entertainment Law | 7 | 200 | 350 | 359 | 495 | 800 |
| Environmental Law | 24 | 200 | 373 | 332 | 448 | 495 |
| Family Law | 543 | 200 | 250 | 268 | 300 | 400 |
| Foreclosure, Debtor | 3 | 220 | 350 | 307 | 350 | 350 |
| Foreclosure, Lender | 18 | 215 | 225 | 235 | 250 | 330 |
| General Civil | 127 | 200 | 250 | 275 | 300 | 500 |
| Health & Hospital Law | 54 | 230 | 300 | 337 | 425 | 505 |
| Immigration Law | 49 | 250 | 300 | 302 | 350 | 550 |
| Indian Law | 10 | 200 | 325 | 301 | 350 | 508 |
| Insurance Law (plaintiff) | 34 | 350 | 400 | 454 | 550 | 750 |
| Insurance Law (defense) | 136 | 155 | 180 | 207 | 225 | 380 |
| Intellectual Property | 98 | 290 | 368 | 377 | 445 | 595 |
| Labor and Employment | 75 | 200 | 275 | 288 | 375 | 500 |
| Landlord/Tenant (commercial) | 24 | 200 | 250 | 279 | 350 | 415 |
| Landlord/Tenant (residential) | 45 | 175 | 200 | 201 | 225 | 300 |
| Libel, Slander and Defamation | 4 | 283 | 395 | 410 | 538 | 650 |
| Marijuana Law | 15 | 200 | 300 | 307 | 415 | 565 |

Contents ◀ Back Next ▶

Table 7–2020 Hourly Billing Rates by Field of Practice

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Medical Malpractice (plaintiff) | 38 | 350 | 575 | 621 | 900 | 1,500 |
| Medical Malpractice (defendant) | 59 | 175 | 200 | 205 | 225 | 275 |
| Municipal Law | 95 | 165 | 200 | 224 | 250 | 400 |
| Veterans and Military Law | 2 | 200 | 225 | 225 | 250 | 250 |
| Other Civil law | 73 | 225 | 265 | 285 | 350 | 565 |
| Other Professional Liability | 22 | 220 | 325 | 318 | 400 | 500 |
| Personal Injury (defendant) | 86 | 160 | 180 | 196 | 200 | 300 |
| Personal Injury (plaintiff) | 164 | 300 | 400 | 439 | 500 | 750 |
| Probate Litigation | 127 | 250 | 300 | 301 | 350 | 450 |
| Guardianship & Conservatorship | 104 | 200 | 250 | 243 | 300 | 350 |
| Probate, Trust Administration | 261 | 250 | 275 | 297 | 325 | 445 |
| Probate Estate Planning, Wills, and Trusts | 577 | 225 | 250 | 288 | 300 | 430 |
| Product Liability | 20 | 245 | 308 | 341 | 450 | 638 |
| Property Damage | 6 | 165 | 260 | 304 | 450 | 550 |
| Public Benefits | 5 | 150 | 175 | 208 | 265 | 350 |
| Real Estate | 461 | 240 | 270 | 286 | 325 | 445 |
| Schools and Education | 19 | 175 | 250 | 251 | 305 | 520 |
| Securities Law | 22 | 245 | 325 | 388 | 580 | 675 |
| Tax Law | 86 | 250 | 350 | 361 | 435 | 585 |
| Workers' Compensation (employee) | 19 | 250 | 250 | 310 | 400 | 600 |
| Workers' Compensation (employer) | 14 | 115 | 128 | 139 | 155 | 250 |
| **Total** | **6,581** | **225** | **275** | **300** | **350** | **525** |

Table 8–2020 Attorney Hourly Billing Rate by County

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Alcona | 5 | 175 | 200 | 190 | 200 | 200 |
| Alger | 3 | 135 | 175 | 187 | 250 | 250 |
| Allegan | 62 | 217 | 275 | 285 | 325 | 420 |
| Alpena | 8 | 187 | 200 | 208 | 224 | 300 |
| Antrim | 20 | 202 | 250 | 238 | 268 | 338 |
| Arenac | 2 | 150 | 240 | 240 | 330 | 330 |
| Baraga | 4 | 238 | 250 | 256 | 275 | 300 |
| Barry | 11 | 250 | 300 | 302 | 350 | 400 |
| Bay | 49 | 200 | 250 | 257 | 280 | 455 |
| Benzie | 27 | 200 | 250 | 239 | 267 | 350 |
| Berrien | 38 | 217 | 267 | 289 | 325 | 490 |
| Branch | 12 | 200 | 218 | 229 | 269 | 300 |
| Calhoun | 45 | 230 | 250 | 270 | 300 | 425 |
| Cass | 17 | 225 | 250 | 263 | 300 | 405 |
| Charlevoix | 21 | 192 | 250 | 229 | 250 | 300 |

Table 8–2020 Attorney Hourly Billing Rate by County

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Cheboygan | 7 | 175 | 250 | 229 | 250 | 300 |
| Chippewa | 9 | 180 | 185 | 188 | 200 | 233 |
| Clare | 14 | 150 | 250 | 233 | 300 | 375 |
| Clinton | 59 | 200 | 250 | 260 | 300 | 400 |
| Crawford | 7 | 157 | 250 | 243 | 250 | 497 |
| Delta | 12 | 181 | 195 | 236 | 275 | 465 |
| Dickinson | 7 | 200 | 250 | 299 | 300 | 650 |
| Eaton | 80 | 200 | 250 | 254 | 300 | 358 |
| Emmet | 22 | 225 | 250 | 268 | 300 | 505 |
| Genesee | 130 | 216 | 250 | 277 | 317 | 500 |
| Gladwin | 5 | 150 | 200 | 200 | 250 | 300 |
| Gogebic | 1 | 350 | 350 | 350 | 350 | 350 |
| Grand Traverse | 66 | 210 | 250 | 262 | 300 | 400 |
| Gratiot | 14 | 217 | 300 | 268 | 300 | 375 |
| Hillsdale | 15 | 200 | 250 | 235 | 267 | 300 |
| Houghton | 13 | 237 | 250 | 275 | 300 | 395 |
| Huron | 5 | 200 | 200 | 225 | 275 | 300 |
| Ingham | 198 | 210 | 275 | 301 | 350 | 546 |
| Ionia | 19 | 200 | 250 | 254 | 300 | 400 |
| Iosco | 2 | 125 | 213 | 213 | 300 | 300 |
| Iron | 4 | 192 | 197 | 208 | 225 | 250 |
| Isabella | 23 | 183 | 250 | 249 | 300 | 350 |
| Jackson | 46 | 200 | 250 | 254 | 300 | 400 |
| Kalamazoo | 125 | 220 | 267 | 286 | 350 | 465 |
| Kalkaska | 5 | 175 | 210 | 208 | 275 | 300 |
| Kent | 403 | 250 | 305 | 324 | 375 | 550 |
| Keweenaw | 3 | 250 | 250 | 287 | 360 | 360 |
| Lake | 7 | 153 | 200 | 202 | 250 | 360 |
| Lapeer | 33 | 200 | 250 | 268 | 300 | 500 |
| Leelanau | 37 | 240 | 250 | 268 | 300 | 370 |
| Lenawee | 32 | 208 | 250 | 260 | 300 | 450 |
| Livingston | 88 | 232 | 252 | 353 | 305 | 400 |
| Luce | 2 | 140 | 178 | 178 | 217 | 217 |
| Mackinac | 7 | 150 | 183 | 195 | 250 | 250 |
| Macomb | 673 | 217 | 280 | 311 | 350 | 550 |
| Manistee | 11 | 210 | 225 | 248 | 285 | 350 |
| Marquette | 27 | 193 | 237 | 240 | 250 | 383 |
| Mason | 12 | 200 | 223 | 222 | 250 | 333 |
| Mecosta | 7 | 225 | 250 | 265 | 300 | 385 |
| Menominee | 2 | 250 | 250 | 250 | 250 | 250 |
| Midland | 27 | 200 | 250 | 280 | 300 | 550 |

Table 8–2020 Attorney Hourly Billing Rate by County

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| Missaukee | 4 | 242 | 250 | 263 | 283 | 317 |
| Monroe | 40 | 200 | 250 | 285 | 280 | 431 |
| Montcalm | 14 | 200 | 258 | 297 | 325 | 863 |
| Montmorency | 5 | 173 | 185 | 185 | 200 | 220 |
| Muskegon | 80 | 213 | 275 | 275 | 329 | 463 |
| Newaygo | 15 | 230 | 275 | 324 | 390 | 863 |
| Oakland | 1,342 | 233 | 300 | 321 | 375 | 567 |
| Oceana | 14 | 183 | 228 | 226 | 250 | 325 |
| Ogemaw | 4 | 188 | 250 | 225 | 263 | 275 |
| Ontonagon | 1 | 177 | 177 | 177 | 177 | 177 |
| Osceola | 10 | 233 | 250 | 249 | 250 | 317 |
| Oscoda | 1 | 400 | 400 | 400 | 400 | 400 |
| Otsego | 9 | 200 | 200 | 241 | 250 | 450 |
| Ottawa | 221 | 250 | 300 | 307 | 360 | 475 |
| Presque Isle | 5 | 200 | 200 | 203 | 220 | 250 |
| Roscommon | 8 | 146 | 200 | 186 | 250 | 250 |
| Saginaw | 53 | 163 | 245 | 241 | 283 | 450 |
| Sanilac | 10 | 175 | 200 | 208 | 200 | 400 |
| Schoolcraft | 0 | . | . | . | . | . |
| Shiawassee | 18 | 192 | 218 | 265 | 350 | 600 |
| St. Clair | 27 | 200 | 250 | 259 | 300 | 450 |
| St. Joseph | 16 | 213 | 250 | 243 | 269 | 375 |
| Tuscola | 20 | 200 | 230 | 261 | 288 | 499 |
| Van Buren | 40 | 200 | 250 | 246 | 282 | 358 |
| Washtenaw | 302 | 248 | 296 | 331 | 383 | 615 |
| Wayne | 1,281 | 225 | 295 | 320 | 375 | 583 |
| Wexford | 11 | 175 | 233 | 232 | 250 | 328 |
| Statewide Practice | 37 | 250 | 340 | 326 | 410 | 545 |
| Out of state practice | 166 | 245 | 341 | 338 | 395 | 642 |
| **Total** | **6,337** | **225** | **275** | **305** | **350** | **545** |

## Table 9–2020 Attorney Hourly Billing Rates by Circuit

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 1 Hillsdale | 15 | 200 | 250 | 235 | 267 | 300 |
| 2 Berrien | 38 | 217 | 267 | 289 | 325 | 490 |
| 3 Wayne | 1,281 | 225 | 295 | 320 | 375 | 583 |
| 4 Jackson | 46 | 200 | 250 | 254 | 300 | 400 |
| 5 Barry | 11 | 250 | 300 | 302 | 350 | 400 |
| 6 Oakland | 1,342 | 233 | 300 | 321 | 375 | 567 |
| 7 Genesee | 130 | 216 | 250 | 277 | 317 | 500 |
| 8 Ionia, Montcalm | 33 | 200 | 250 | 272 | 300 | 400 |
| 9 Kalamazoo | 125 | 220 | 267 | 286 | 350 | 465 |
| 10 Saginaw | 53 | 163 | 245 | 241 | 283 | 450 |
| 11 Alger, Luce, Mackinac, Schoolcraft | 12 | 145 | 179 | 190 | 233 | 250 |
| 12 Baraga, Houghton, Keweenaw | 20 | 243 | 250 | 273 | 300 | 389 |
| 13 Antrim, Grand Traverse, Leelanau | 123 | 217 | 250 | 260 | 300 | 395 |
| 14 Muskegon | 80 | 213 | 275 | 275 | 329 | 463 |
| 15 Branch | 12 | 200 | 218 | 229 | 269 | 300 |
| 16 Macomb | 673 | 217 | 280 | 311 | 350 | 550 |
| 17 Kent | 403 | 250 | 305 | 324 | 375 | 550 |
| 18 Bay | 49 | 200 | 250 | 257 | 280 | 455 |
| 19 Benzie, Manistee | 38 | 208 | 238 | 241 | 267 | 350 |
| 20 Ottawa | 221 | 250 | 300 | 307 | 360 | 475 |
| 21 Isabella | 23 | 183 | 250 | 249 | 300 | 350 |
| 22 Washtenaw | 302 | 248 | 296 | 331 | 383 | 615 |
| 23 Alcona, Arenac, Iosco, Oscoda | 19 | 175 | 200 | 233 | 275 | 450 |
| 24 Sanilac | 10 | 175 | 200 | 208 | 200 | 400 |
| 25 Marquette | 27 | 193 | 237 | 240 | 250 | 383 |
| 26 Alpena, Montmorency | 13 | 173 | 200 | 199 | 220 | 300 |
| 27 Newaygo, Oceana | 29 | 200 | 250 | 277 | 300 | 550 |
| 28 Missaukee, Wexford | 15 | 200 | 250 | 240 | 250 | 328 |
| 29 Clinton, Gratiot | 73 | 200 | 250 | 261 | 300 | 380 |
| 30 Ingham | 198 | 210 | 275 | 301 | 350 | 546 |
| 31 St. Clair | 27 | 200 | 250 | 259 | 300 | 450 |
| 32 Gogebic, Ontonagon | 2 | 177 | 263 | 263 | 350 | 350 |
| 33 Charlevoix | 21 | 192 | 250 | 229 | 250 | 300 |
| 34 Ogemaw, Roscommon | 12 | 158 | 225 | 199 | 250 | 275 |
| 35 Shiawassee | 18 | 192 | 218 | 265 | 350 | 600 |
| 36 Van Buren | 40 | 200 | 250 | 246 | 282 | 358 |
| 37 Calhoun | 45 | 230 | 250 | 270 | 300 | 425 |
| 38 Monroe | 40 | 200 | 250 | 285 | 280 | 431 |
| 39 Lenawee | 32 | 208 | 250 | 260 | 300 | 450 |
| 40 Lapeer | 33 | 200 | 250 | 268 | 300 | 500 |
| 41 Dickinson, Iron, Menominee | 13 | 200 | 250 | 263 | 250 | 650 |

Table 9–2020 Attorney Hourly Billing Rates by Circuit

| | Number | 25th Percentile | Median | Mean | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|
| 42 Midland | 27 | 200 | 250 | 280 | 300 | 550 |
| 43 Cass | 17 | 225 | 250 | 263 | 300 | 405 |
| 44 Livingston | 88 | 232 | 252 | 353 | 305 | 400 |
| 45 St. Joseph | 16 | 213 | 250 | 243 | 269 | 375 |
| 46 Crawford, Kalkaska, Otsego | 12 | 166 | 230 | 228 | 263 | 497 |
| 47 Delta | 12 | 181 | 195 | 236 | 275 | 465 |
| 48 Allegan | 62 | 217 | 275 | 285 | 325 | 420 |
| 49 Mecosta, Osceola | 17 | 233 | 250 | 256 | 250 | 385 |
| 50 Chippewa | 9 | 180 | 185 | 188 | 200 | 233 |
| 51 Lake, Mason | 19 | 173 | 220 | 215 | 250 | 360 |
| 52 Huron | 5 | 200 | 200 | 225 | 275 | 300 |
| 53 Cheboygan, Presque Isle | 12 | 188 | 223 | 218 | 250 | 300 |
| 54 Tuscola | 20 | 200 | 230 | 261 | 288 | 499 |
| 55 Clare, Gladwin | 19 | 150 | 250 | 224 | 300 | 375 |
| 56 Eaton | 80 | 200 | 250 | 254 | 300 | 358 |
| 57 Emmet | 22 | 225 | 250 | 268 | 300 | 505 |
| 84 Statewide Practice | 37 | 250 | 340 | 326 | 410 | 545 |
| 85 Out of State Practice | 166 | 245 | 341 | 338 | 395 | 642 |
| **Total** | **6,337** | **225** | **275** | **305** | **350** | **545** |



## STATE BAR OF MICHIGAN

MICHAEL FRANCK BUILDING
306 TOWNSEND STREET
LANSING, MI 48933-2012

www.michbar.org